Douglas T. Tabachnik, Esq. (DT 6337)
LAW OFFICES OF
DOUGLAS T. TABACHNIK
Suite C
Woodhull House
63 West Main Street
Freehold, New Jersey 07728
(732) 792-2760


and

Sander L. Esserman, Esq. (SE 0356)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas  75201
(214) 969-4900

Attorneys for Ad Hoc Committee of Asbestos Personal Injury Claimants

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                                        :
                                                             :   Chapter 11
Dana Corporation, et al.                                     :
*et al.,*                                                    :   Case No. 06-10354 (BRL)
                                                             :   (Jointly Administered)
                                   Debtors.                  :
------------------------------------------------------------ x

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a), the Ad Hoc Committee of Personal

Injury Asbestos Claimants[1] (the "Ad Hoc Committee"), by and through its

---

[1] The Ad Hoc Committee of Personal Injury Asbestos Claimants consists of James J. Demahy, Individually and as the Independent Executrix of the Estate of Lydia Demahy, deceased, represented by Bryan O. Blevins, Jr., Provost Umphrey Law Firm L.L.P., Beaumont, Texas; Estelle Moore, Personal Representative of the Estate of Royce Wilfred

undersigned counsel, hereby gives notice of appeal to the United States District Court for the Southern District of New York from the Bankruptcy Court's Order, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 9019(a), Approving Certain Settlement Agreements Between Debtor Dana Corporation and Certain Asbestos –Related Personal Injury Plaintiffs entered on November 15, 2007 [Doc. No. 5995], a copy of which is appended hereto as Exhibit "A."

The parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Sander L. Esserman<br>Jo E. Hartwick<br>Stutzman, Bromberg, Esserman &<br>Plifka, A Professional Corporation<br>2323 Bryan Street, Suite 2200<br>Dallas Texas 75201<br>(214) 969-4900<br><br>**Counsel for the Ad Hoc Committee of Asbestos Personal Injury Claimants** | Douglas T. Tabachnik<br>Law Offices of<br>Douglas T. Tabachnik<br>Suite C<br>Woodhull House<br>63 West Main Street<br>Freehold, New Jersey 07728<br>(732) 792-2760<br><br>**Counsel for the Ad Hoc Committee of Asbestos Personal Injury Claimants** |

---

Moore, represented by Russell Budd and Natalie Duncan, Baron & Budd, P.C., Dallas, Texas; John Hellen, Personal Representative of the Estate of Harwood Hellen, deceased, represented by Brent Coon and Lou Thompson Black, Brent Coon & Associates, Beaumont and Houston, Texas and Cleveland, Ohio; Robert Haun, represented by Steven Kazan, Kazan, McClain, Abrams, Lyons & Greenwood, A Professional Law Corporation, Oakland, California; George Winter represented by Al Brayton, Brayton Purcell, Novato and Los Angeles, California, Portland, Oregon, and Salt Lake City, Utah; and Charles Kloock represented by Thomas M. Wilson, Kelley & Ferraro, LLP, Cleveland, Ohio.

Corinne Ball
Richard H. Engman
Jones Day
222 East 41st Street
New York, New York 10017
(212) 326-3939

**Counsel for the Debtors**

Jeff B. Ellman
Jones Day
1420 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30309-3053
(404) 521-3939

**Counsel for the Debtors**

Gary L. Kaplan
Brian Pfeiffer
Fried Frank
One New York Plaza
New York, New York 10004
(212) 859-8000

**Counsel for Equity Holders**

Thomas W. Bevan
Bevan & Associates, LPA, Inc.
10360 Northfield Road
Northfield, Ohio 44067
(877) 873-2879

**Counsel for Certain Asbestos-Related Personal Injury Plaintiffs**

Heather Lennox
Carl E. Black
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
(216) 586-3939

**Counsel for the Debtors**

Thomas Mayer
Kenneth H. Eckstein
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
(212)715-9100

**Counsel for the Official Committee of Unsecured Creditors**

J. Cohen
T. Cornell
S. Schreiber
Stahl Cowen Crowley LLC
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
(312) 641-0060

**Counsel for the Retiree Committee**

Robert N. Peirce, Jr.
Robert Peirce & Associates PC (PA)
2500 Gulf Tower
707 Grant Street
Pittsburgh, Pennsylvania 15219-1912
(800) 543-9859

**Counsel for Certain Asbestos-Related Personal Injury Plaintiffs**

Angela Barmby Greenberg
The Lanier Law Firm, PC
6810 FM 1960 West
Houston, Texas 77069
(713) 659-5200

**Counsel for Certain Asbestos-Related
Personal Injury Plaintiffs**

Dated:  November 23, 2007
       New York, New York

                                  Respectfully submitted,


                                  /s/ Douglas T. Tabachnik
                                  Douglas T. Tabachnik, Esq. (DT 6337)
                                  LAW OFFICES OF
                                  DOUGLAS T. TABACHNIK
                                  Suite C
                                  Woodhull House
                                  63 West Main Street
                                  Freehold, New Jersey 07728

                                  (732) 792-2760

                                  and

                                  Sander L. Esserman, Esq. (SE 0356)
                                  STUTZMAN, BROMBERG,
                                  ESSERMAN & PLIFKA,
                                  A Professional Corporation
                                  2323 Bryan Street, Suite 2200
                                  Dallas, Texas  75201
                                  (214) 969-4900


                                  **ATTORNEYS FOR THE
                                  AD HOC COMMITTEE OF ASBESTOS
                                  PERSONAL INJURY CLAIMANTS**