Douglas T. Tabachnik, Esq. (DT 6337)
LAW OFFICES OF
DOUGLAS T. TABACHNIK
Suite C
Woodhull House
63 West Main Street
Freehold, New Jersey 07728
(732) 792-2760


and

Sander L. Esserman, Esq. (SE 0356)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas  75201
(214) 969-4900

Attorneys for Ad Hoc Committee of Asbestos Personal Injury Claimants

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
In re                                                  :
                                                       :  Chapter 11
Dana Corporation, *et al.,*                            :
                                                       :  Case No. 06-10354 (BRL)
                                                       :  (Jointly Administered)
                           Debtors.                    :
------------------------------------------------------x

<u>AMENDED NOTICE OF APPEAL</u>

Pursuant to 28 U.S.C. § 158(a), the Ad Hoc Committee of Personal

Injury Asbestos Claimants[1] (the "Ad Hoc Committee"), by and through its

---

[1] The Ad Hoc Committee of Personal Injury Asbestos Claimants consists of James J. Demahy, Individually and as the Independent Executrix of the Estate of Lydia Demahy, deceased, represented by Bryan O. Blevins, Jr., Provost Umphrey Law Firm L.L.P., Beaumont, Texas; Estelle Moore, Personal Representative of the Estate of Royce Wilfred

undersigned counsel, hereby files this amendment to its Notice of Appeal (filed on November 23, 2007, Doc. No. 7059) to the United States District Court for the Southern District of New York from the Bankruptcy Court's Order, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 9019(a), Approving Certain Settlement Agreements Between Debtor Dana Corporation and Certain Asbestos –Related Personal Injury Plaintiffs entered on November 15, 2007 [Doc. No. 5995], a copy of which is appended hereto as Exhibit "A".  The purpose of this amendment is to add the name, address and telephone number of one of the parties to the order appealed from that was inadvertently omitted from the original Notice of Appeal, Randy Gori, Goldberg Heller Antognoli Rowland Short & Gori, P.C.

The parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

---

Moore, represented by Russell Budd and Natalie Duncan, Baron & Budd, P.C., Dallas, Texas; John Hellen, Personal Representative of the Estate of Harwood Hellen, deceased, represented by Brent Coon and Lou Thompson Black, Brent Coon & Associates, Beaumont and Houston, Texas and Cleveland, Ohio; Robert Haun, represented by Steven Kazan, Kazan, McClain, Abrams, Lyons & Greenwood, A Professional Law Corporation, Oakland, California; George Winter represented by Al Brayton, Brayton Purcell, Novato and Los Angeles, California, Portland, Oregon, and Salt Lake City, Utah; and Charles Kloock represented by Thomas M. Wilson, Kelley & Ferraro, LLP, Cleveland, Ohio.

Sander L. Esserman
Jo E. Hartwick
Stutzman, Bromberg, Esserman &
Plifka, A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas Texas 75201
(214) 969-4900

**Counsel for the Ad Hoc Committee of Asbestos Personal Injury Claimants**

Corinne Ball
Richard H. Engman
Jones Day
222 East 41st Street
New York, New York 10017
(212) 326-3939

**Counsel for the Debtors**

Jeff B. Ellman
Jones Day
1420 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30309-3053
(404) 521-3939

**Counsel for the Debtors**

Gary L. Kaplan
Brian Pfeiffer
Fried Frank
One New York Plaza
New York, New York 10004
(212) 859-8000

**Counsel for Equity Holders**

Douglas T. Tabachnik
Law Offices of
Douglas T. Tabachnik
Suite C
Woodhull House
63 West Main Street
Freehold, New Jersey 07728
(732) 792-2760

**Counsel for the Ad Hoc Committee of Asbestos Personal Injury Claimants**

Heather Lennox
Carl E. Black
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
(216) 586-3939

**Counsel for the Debtors**

Thomas Mayer
Kenneth H. Eckstein
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

**Counsel for the Official Committee of Unsecured Creditors**

J. Cohen
T. Cornell
S. Schreiber
Stahl Cowen Crowley LLC
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
(312) 641-0060

**Counsel for the Retiree Committee**

| | |
|---|---|
| Thomas W. Bevan<br>Bevan & Associates, LPA, Inc.<br>10360 Northfield Road<br>Northfield, Ohio 44067<br>(877) 873-2879<br><br>**Counsel for Certain Asbestos-Related Personal Injury Plaintiffs** | Robert N. Peirce, Jr.<br>Robert Peirce & Associates PC (PA)<br>2500 Gulf Tower<br>707 Grant Street<br>Pittsburgh, Pennsylvania 15219-1912<br>(800) 543-9859<br><br>**Counsel for Certain Asbestos-Related Personal Injury Plaintiffs** |
| Angela Barmby Greenberg<br>The Lanier Law Firm, PC<br>6810 FM 1960 West<br>Houston, Texas 77069<br>(713) 659-5200<br><br>**Counsel for Certain Asbestos-Related Personal Injury Plaintiffs** | Randy Gori<br>Goldberg Heller Antognoli Rowland Short & Gori, P.C.<br>2227 S. State Route 157<br>Edwardsville, Illinois 62025<br>(618) 656-5150<br><br>**Counsel for Certain Asbestos-Related Personal Injury Plaintiffs** |

[Remained of Page Intentionally Left Blank]

Dated: November 26, 2007
       New York, New York

Respectfully submitted,

/s/ Douglas T. Tabachnik
Douglas T. Tabachnik, Esq. (DT 6337)
LAW OFFICES OF
DOUGLAS T. TABACHNIK
Suite C
Woodhull House
63 West Main Street
Freehold, New Jersey 07728

(732) 792-2760

and

Sander L. Esserman, Esq. (SE 0356)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
(214) 969-4900

**ATTORNEYS FOR THE
AD HOC COMMITTEE OF ASBESTOS
PERSONAL INJURY CLAIMANTS**

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                            :

In re                                          :    Chapter 11
                                            :

Dana Corporation, *et al.*,                :    Case No. 06-10354 (BRL)
                                            :

                Debtors.           :    (Jointly Administered)
                                            :
---------------------------------------------------------------x

**ORDER, PURSUANT TO SECTIONS
105(a) AND 363 OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULE 9019(a), APPROVING CERTAIN
SETTLEMENT AGREEMENTS BETWEEN DANA CORPORATION
AND CERTAIN ASBESTOS-RELATED PERSONAL INJURY PLAINTIFFS**

       This matter coming before the Court on the Motion of Debtor Dana Corporation for an Order, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 9019(a), Approving Certain Settlement Agreements Between Dana Corporation and Certain Asbestos-Related Personal Injury Plaintiffs (the "Motion"), filed by Dana Corporation ("Dana"), one of the above-captioned debtors and debtors in possession (collectively, the "Debtors");[1] the Court having reviewed the Motion and The Ad Hoc Committee of Asbestos Personal Injury Claimants' Objection to Motion of Debtor Dana Corporation for an Order, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 9019(a), Approving Certain Settlement Agreements Between Dana Corporation and Certain Asbestos-Related Personal Injury Plaintiffs and Motion to continue the Hearing on the Settlement Agreements Until the Ad Hoc Committee Has the Opportunity to Review Those Agreements (the "Objection"); the Court having heard the evidence presented in support of the Motion and the statements of counsel regarding the relief requested in the Motion at a hearing before the Court

---

[1]    Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

(the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) notice of the Motion and the Hearing was adequate under the circumstances, (d) the Settlement Agreements provide a fair and reasonable resolution of the settling Asbestos Personal Injury Claimants' alleged claims, (e) the Settlement Agreements are fair, reasonable and in the best interests of Dana's estate and (f) a sound business purpose exists for Dana's entry into and performance under the Settlement Agreements; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED. The Objection is OVERRULED.

2. Each of the Settlement Agreements is hereby approved in its entirety. Dana's entry into and performance under the Settlement Agreements pursuant to sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 9019, is approved.

3. Dana is authorized to take any and all actions and to execute any and all documents that it deems necessary or appropriate in connection with the Settlement Agreements.

Dated: New York, New York
      November 15, 2007         /s/Burton R. Lifland
                                     UNITED STATES BANKRUPTCY JUDGE