JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Corinne Ball (CB 8203)
Richard H. Engman (RE 7861)

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Heather Lennox (HL 3046)
Carl E. Black (CB 4803)
Ryan T. Routh (RR 1994)

JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309-3053
Telephone:  (404) 521-3939
Facsimile:  (404) 581-8330
Jeffrey B. Ellman (JE 5638)

Attorneys for Debtors
 and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 11
                                                               :
Dana Corporation, *et al.,*                                    :   Case No. 06-10354 (BRL)
                                                               :
              Debtors.                                         :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x

**DEBTOR DANA CORPORATION'S
COUNTERDESIGNATION OF ADDITIONAL
ITEMS TO BE INCLUDED IN THE RECORD ON
APPEAL OF THE NOVEMBER 15, 2007 ORDER, PURSUANT
TO SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULE 9019(a), APPROVING CERTAIN
SETTLEMENT AGREEMENTS BETWEEN DANA CORPORATION
AND CERTAIN ASBESTOS-RELATED PERSONAL INJURY PLAINTIFFS**

Debtor-Appellee Dana Corporation ("Dana") hereby submits the following counterdesignation (the "Counterdesignation") of additional items for inclusion in the record on appeal, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, in connection with the appeal (the "Appeal") of appellant Ad Hoc Committee of Asbestos Personal Injury Claimants of the Order, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 9019(a), Approving Certain Settlement Agreements Between Dana Corporation and Certain Asbestos-Related Personal Injury Plaintiffs (Docket No. 6929), which was entered by the United States Bankruptcy Court for the Southern District of New York on November 15, 2007 in the above-captioned, jointly administered bankruptcy cases.

**Counterdesignation of Additional Items for the Record**

Dana hereby counterdesignates the following items, together with all exhibits, schedules and other attachments thereto, for inclusion in the record of the Appeal:

| Item No. | Docket No. | Document |
|---|---|---|
| 1 | 5900 | Motion of Debtors and Debtors in Possession, Pursuant to Section 363 of the Bankruptcy Code and Bankruptcy Rule 9019, for an Order (I) Approving Settlements Between Debtor Dana Corporation and (A) Sphere Drake Insurance Limited and (B) OIC Run-Off Limited and The London and Overseas Insurance Company Limited and (II) Granting Certain Related Relief |
| 2 | 5995 | Order (I) Approving Settlements Between Debtor Dana Corporation and (A) Sphere Drake Insurance Limited and (B) OIC Run-Off Limited and The London and Overseas Insurance Company Limited and (II) Granting Certain Related Relief |

Dana respectfully reserves the right to supplement and amend the Counterdesignation as appropriate.

| | |
|---|---|
| Dated:  December 13, 2007<br>         New York, New York | Respectfully submitted,<br><br>s/Corinne Ball<br><br>Corinne Ball (CB 8203)<br>Richard H. Engman (RE 7861)<br>JONES DAY<br>222 East 41st Street<br>New York, New York  10017<br>Telephone:  (212) 326-3939<br>Facsimile:  (212) 755-7306<br><br>Heather Lennox (HL 3046)<br>Carl E. Black (CB 4803)<br>Ryan T. Routh (RR 1994)<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio  44114<br>Telephone:  (216) 586-3939<br>Facsimile:  (216) 579-0212<br><br>Jeffrey B. Ellman (JE 5638)<br>JONES DAY<br>1420 Peachtree Street, N.E.<br>Suite 800<br>Atlanta, Georgia  30309-3053<br>Telephone:  (404) 521-3939<br>Facsimile:  (404) 581-8330<br><br>ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION |