UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
IN RE                                  :
                                       :     1:08-cv-00020 (JGK)
DANA CORPORATION, ET AL.,              :
                                       :
                                       :
              Debtors.                 :
                                       :
AD HOC COMMITTEE OF ASBESTOS           :
PERSONAL INJURY CLAIMANTS              :
                                       :
              Appellants.              :
-------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and copy of the Brief of Appellant The Ad Hoc Committee of Asbestos Personal Injury Claimants was served on the parties at the address indicated on the attached service list by overnight delivery and by first class United States mail, postage prepaid, the 22nd day of January, 2008.

Dated: January 23, 2008          /s/ Jo E. Hartwick
                                 Jo E. Hartwick

## Service List

Marc S. Levin, Esq.  
Deputy General Counsel  
Dana Corporation  
4500 Dorr Street  
Toledo, Ohio 43615  

Richard H. Engman, Esq.  
JONES DAY  
222 East 41st Street  
New York, New York 10017  

Carl E. Black Esq.  
JONES DAY  
North Point  
901 Lakeside Avenue  
Cleveland, Ohio 44114  

Greg M. Zipes, Esq.  
Office of the United States Trustee  
Southern District of New York  
33 Whitehall Street, 21st Floor  
New York, New York 10004  

Thomas Mayer, Esq.  
Kramer Levin Naftalis & Frankel LLP  
1177 Avenue of the Americas  
New York, New York 10036  

Corinne Ball, Esq.  
JONES DAY  
222 East 41st Street  
New York, New York 10017  

Heather Lennox, Esq.  
JONES DAY  
North Point  
901 Lakeside Avenue  
Cleveland, Ohio 44114  

Jeffrey B. Ellman, Esq.  
JONES DAY  
1420 Peachtree Street, N.E.  
Suite 800  
Atlanta, Georgia 30309-3053  

Kenneth H. Eckstein, Esq.  
Kramer Levin Naftalis & Frankel LLP  
1177 Avenue of the Americas  
New York, New York 10036  

Douglas B. Bartner, Esq.  
Shearman & Sterling LLP  
599 Lexington Avenue  
New York, New York 10022

Brian Pfeiffer  
Fried Frank Harris Shriver et al.  
One New York Plaza  
New York, New York 10004  

Gary L. Kaplan  
Fried Frank Harris Shriver et al.  
One New York Plaza  
New York, New York 10004  

T. Cornell  
Stahl Cowen Crowley LLC  
55 W. Monroe Street, Suite 1200  
Chicago, Illinois 60603  
Email:  tcornell@stahlcowen.com  

J. Cohen  
Stahl Cowen Crowley LLC  
55 W. Monroe Street, Suite 1200  
Chicago, Illinois 60603  
Email:  jcohen@stahlcowen.com  

S. Schreiber  
Stahl Cowen Crowley LLC  
55 W. Monroe Street, Suite 1200  
Chicago, Illinois 60603  

Thomas W. Bevan  
Bevan & Associates, LPA, Inc.  
10360 Northfield Road  
Northfield, Ohio 44067  

Robert N. Peirce, Jr.  
Robert Peirce & Associates, PC (PA)  
2500 Gulf Tower  
707 Grant Street  
Pittsburgh, Pennsylvania 15219-1912  

Angela Barmby Greenberg  
The Lanier Law Firm, PC  
6810 FM 1960 West  
Houston, Texas 77069  

Randy Gori  
Goldberg Heller Antognoli Rowland  
Short & Gori, P.C.  
2227 S. State Route 157  
Edwardsville, Illinois 62025