UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AD HOC COMMITTEE OF PERSONAL INJURY
ASBESTOS CLAIMANTS,

                Appellant,

        -against-

DANA CORPORATION,

                Appellee,
-----------------------------------------------------------X

08 civ 20 (JGK)

**BANKRUPTCY SCHEDULING ORDER**

JOHN G. KOELTL, DISTRICT JUDGE:

A bankruptcy appeal in this action has been filed with the Court.

It is hereby ordered that:

1) The appellant shall serve and file a brief with any supporting papers by **February 20, 2008.**

2) Response(s) to the appellant's brief shall be served and filed by **March 13, 2008.**

3) Any replies to the response(s) shall be served and filed by **March 27, 2008.**

The Court will contact the parties shortly thereafter for oral argument.

**SO ORDERED.**

                                                JOHN G. KOELTL
                                      UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        January 23, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2008