UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DANA CORPORATION, et al.,<br><br>                      Debtors.<br><br>THE AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS,<br><br>                      Appellant,<br>v.<br><br>DANA CORPORATION, et al.,<br><br>                      Appellee. | Case No. 1:08-cv-00020 (JGK)<br><br><br><br>ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION |

     Upon the motion of Douglas T. Tabachnik, attorney for The Ad Hoc Committee of Asbestos Personal Injury Claimants and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Jo E. Hartwick, Esq.
        Stutzman, Bromberg, Esserman & Plifka
        A Professional Corporation
        2323 Bryan Street, Suite 2200
        Dallas, Texas 75201
        Tel: (214) 969-4900
        Fax: (214) 969-4999
        hartwick@sbep-law.com

is admitted to practice *pro hac vice* as counsel for The Ad Hoc Committee of Asbestos Personal Injury Claimants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       March 16, 2008

JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE