UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCANNED

| In re: | |
|---|---|
| DANA CORPORATION, et al., | Case No. 1:08-cv-00020 (JGK) |
| Debtors. | |
| THE AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, | |
| Appellant, | MOTION TO ADMIT COUNSEL |
| v. | *PRO HAC VICE* |
| DANA CORPORATION, et al., | |
| Appellee. | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Douglas T. Tabachnik a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

Robert T. Brousseau, Esq.
Stutzman, Bromberg, Esserman & Plifka,
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, TX 75201
Tel: (214) 969-4900
Fax: (214) 969-4999

Robert T. Brousseau is a member in good standing of the Bar of the State of Texas.

There are no pending disciplinary proceedings against Robert T. Brousseau in any State or Federal Court.

Dated: March 11, 2008

                                                        Respectfully submitted,

                                                        Douglas T. Tabachnik (DT 6337)
Law Offices of Douglas T. Tabachnik, P.C.
Suite C
Woodhull House
63 West Main Street
Freehold, New Jersey 07728
(732) 792-2760

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DANA CORPORATION, et al.,<br><br>　　　　　　　　Debtors. | Case No. 1:08-cv-00020 (JGK) |
| THE AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS,<br><br>　　　　　　　　Appellant,<br>v.<br><br>DANA CORPORATION, et al.,<br><br>　　　　　　　　Appellee. | DECLARATION OF DOUGLAS T. TABACHNIK IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF ROBERT T. BROUSSEAU |

I, Douglas T. Tabachnik, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1.　　I am a member in good standing of the bar of the State of New York, and was admitted to practice in 1981. I was admitted to the bar of the United States District Court for the Southern District of New York in 1982, and am in good standing with this Court. I respectfully submit this affirmation in support of the motion pursuant to Local Civil Rule 1.3(c) of this Court for the admission *pro hac vice* of Robert T. Brousseau, shareholder of the Dallas, Texas law firm of Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation.

2.　　Mr. Brousseau has been admitted to practice law in the State of Texas, and in the United States District Court for the Northern, Southern, Eastern and Western Districts of Texas, respectively, the United States Court of Appeals for the Fifth Circuit, the United States Court of Federal Claims, and The Supreme Court of the United States. Mr. Brousseau is and has always been a member in good standing of the bars of the jurisdictions and courts in which he is

admitted to practice. I have known Mr. Brousseau since September of 2004 and believe him to be of high moral character and extremely competent in the practice of law.

3.   Mr. Brousseau's Certificate of Good Standing of the State of Texas is attached hereto as **Exhibit A**.

4.   I further affirm that I am fully familiar with the facts of this case and will assist Mr. Brousseau in the preparation of this case.

5. I respectfully submit a proposed order which is annexed hereto as **Exhibit B.**

WHEREFORE, I respectfully request that the Court admit Robert T. Brousseau, to appear and to participate in all further proceedings in this case on behalf of The Ad Hoc Committee of Asbestos Personal Injury Claimants.

Dated:  March 11, 2008

>Respectfully submitted,
>
>Douglas T. Tabachnik (DT 6337)
>Law Offices of Douglas T.
>Tabachnik, P.C.
>Suite C
>Woodhull House
>63 West Main Street
>Freehold, New Jersey 07728
>(732) 792-2760
>
>**ATTORNEY FOR THE AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS**

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

February 11, 2008


RE:   **Mr. Robert T. Brousseau**
      State Bar Number - **03087500**

To Whom it May Concern:

This is to certify that Mr. Robert T. Brousseau was licensed to practice law in Texas on December 07, 1972 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.


John A. Neal
Chief Disciplinary Counsel

JN/dh



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DANA CORPORATION, et al.,<br><br>　　　　　　　　　　Debtors. | Case No. 1:08-cv-00020 (JGK) |
| THE AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS,<br><br>　　　　　　　　　　Appellant,<br>v.<br><br>DANA CORPORATION, et al.,<br><br>　　　　　　　　　　Appellee. | ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION |

Upon the motion of Douglas T. Tabachnik, attorney for The Ad Hoc Committee of Asbestos Personal Injury Claimants and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>Robert T. Brousseau, Esq.
>Stutzman, Bromberg, Esserman & Plifka
>A Professional Corporation
>2323 Bryan Street, Suite 2200
>Dallas, Texas 75201
>Tel:  (214) 969-4900
>Fax:  (214) 969-4999
>brousseau@sbep-law.com

is admitted to practice *pro hac vice* as counsel for The Ad Hoc Committee of Asbestos Personal Injury Claimants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:  New York, New York
      March __, 2008

 

_____
JOHN G. KOELTL,
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
IN RE                                                       :
                                                            :    1:08-cv-00020 (JGK)
DANA CORPORATION, *ET AL.*,                                 :
                                                            :
                                                            :
                            Debtors.                        :
                                                            :
AD HOC COMMITTEE OF ASBESTOS                                :
PERSONAL INJURY CLAIMANTS                                   :
                                                            :
                            Appellants.                     :
                                                            :
v.                                                          :
                                                            :
DANA CORPORATION, et al.,                                   :
                                                            :
                            Appellees.                      :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused a true and correct copy of the Motion for Admission Pro Hac Vice of Robert T. Brousseau with supporting papers to be served on the parties at the address indicated on the attached service list by overnight delivery the 11th day of March, 2008.

Dated: March 11, 2008

/s/
Douglas T. Tabachnik

Service List

Marc S. Levin, Esq.
Deputy General Counsel
Dana Corporation
4500 Dorr Street
Toledo, Ohio 43615

Richard H. Engman, Esq.
JONES DAY
222 East 41st Street
New York, New York 10017

Carl E. Black Esq.
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114

Greg M. Zipes, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

Thomas Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

Corinne Ball, Esq.
JONES DAY
222 East 41st Street
New York, New York 10017

Heather Lennox, Esq.
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114

Jeffrey B. Ellman, Esq.
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3053

Kenneth H. Eckstein, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

Douglas B. Bartner, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022

Brian Pfeiffer
Fried Frank Harris Shriver et al.
One New York Plaza
New York, New York 10004

T. Cornell
Stahl Cowen Crowley LLC
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
Email: tcornell@stahlcowen.com

S. Schreiber
Stahl Cowen Crowley LLC
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603

Robert N. Peirce, Jr.
Robert Peirce & Associates, PC (PA)
2500 Gulf Tower
707 Grant Street
Pittsburgh, Pennsylvania 15219-1912

Randy Gori
Goldberg Heller Antognoli Rowland
Short & Gori, P.C.
2227 S. State Route 157
Edwardsville, Illinois 62025

Gary L. Kaplan
Fried Frank Harris Shriver et al.
One New York Plaza
New York, New York 10004

J. Cohen
Stahl Cowen Crowley LLC
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
Email: jcohen@stahlcowen.com

Thomas W. Bevan
Bevan & Associates, LPA, Inc.
10360 Northfield Road
Northfield, Ohio 44067

Angela Barmby Greenberg
The Lanier Law Firm, PC
6810 FM 1960 West
Houston, Texas 77069