```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** <br><br> **DANA CORPORATION, et al.,** <br><br> Debtors. | Case No. 1:08-cv-00020 (JGK) |
| **THE AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS,** <br><br> Appellant, <br> v. <br><br> **DANA CORPORATION, et al.,** <br><br> Appellee. | **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Douglas T. Tabachnik, attorney for The Ad Hoc Committee of Asbestos Personal Injury Claimants and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Robert T. Brousseau, Esq.
> Stutzman, Bromberg, Esserman & Plifka
> A Professional Corporation
> 2323 Bryan Street, Suite 2200
> Dallas, Texas 75201
> Tel: (214) 969-4900
> Fax: (214) 969-4999
> brousseau@sbep-law.com

is admitted to practice *pro hac vice* as counsel for The Ad Hoc Committee of Asbestos Personal Injury Claimants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       March 19, 2008

                                             /s/ John G. Koeltl
                                             JOHN G. KOELTL,
                                             UNITED STATES DISTRICT JUDGE